**Order entered January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01084-CR

**ANDRE DJUNA HUBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60671-M**

## ORDER

The supplemental reporter's record is overdue in this appeal. On January 16, 2014, the Court ordered court reporter Belinda G. Baraka to file the supplemental reporter's record containing a copy of State's Exhibit 25 within ten days. To date, Ms. Baraka has neither filed the supplemental reporter's record nor otherwise corresponded with the Court regarding the supplemental reporter's record.

Accordingly, this Court **ORDERS** court reporter Belinda G. Baraka to file the supplemental reporter's record within **SEVEN DAYS**. We expressly **CAUTION** Belinda G. Baraka that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Ernest White
Presiding Judge
194th Judicial District Court
Frank Crowley Courts Building
133 N. Riverfront Boulevard, 7th Floor
Dallas, TX  75207

Belinda G. Baraka
Official Court Reporter
194th Judicial District Court
Frank Crowley Courts Building
133 N. Riverfront Boulevard, 7th Floor
Dallas, TX  75207

DAVID L. BRIDGES
JUSTICE